No. 349. ROY *v.* ROY. Supreme Court of Florida. Certiorari denied. *John Alexander* and *Joseph Sitnick*

874

for petitioner. *Lucien H. Mercier, Harold A. Kertz* and *N. Meyer Baker* for respondent.